1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                  NORTHERN DISTRICT OF CALIFORNIA

6

7       FATMA KURT,                                    Case No.  24-cv-02792-SK

8                      Plaintiff,

9              v.                                       **ORDER TO SHOW CAUSE**

10      ALEJANDRO MAYORKAS, et al.,

11                     Defendants.

United States District Court
Northern District of California

12             On May 9, 2024, Plaintiff Fatma Kurt, who is proceeding without an attorney, filed a

13      complaint for writ of mandamus against the Secretary of the Department of Homeland Security

14      Alejandro Mayorkas, the United States Citizenship and Immigration Services Director Christopher

15      Wray, and the Direct of the San Francisco District Office John Kramar.  (Dkt. No. 1.)  On May 16,

16      2024, Plaintiff filed a form stating that she consented to the jurisdiction of a federal magistrate

17      judge.  (Dkt. No. 3.)  Since then, there has been no activity on the docket, including proof of

18      service.

19             Under the Federal Rules of Civil Procedure, there is a time limit for effectuating service of

20      a complaint. Fed. R. Civ. P. 4(m).  Specifically, "[i]f a defendant is not served within 90 days after

21      the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must

22      dismiss the action without prejudice against that defendant or order that service be made within a

23      specified time." *Id.*  However, if a "plaintiff shows good cause for the failure, the court must

24      extend the time for service for an appropriate period." *Id.*

25             Given that Plaintiff is proceeding without an attorney, the Court has determined to issue an

26      Order to Show Cause before issuing a *sua sponte* order of reassignment with a recommendation of

27      dismissal.  Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later

28      than August 30, 2024, why this case should not be dismissed for failure to prosecute, pursuant to

1   Federal Rule of Civil Procedure 41(b).  Plaintiff should discuss any attempts she has made in

2   effectuating service and whether she requires more time.

3   　　　　The Court also takes this time to ADVISE Plaintiff that the District Court has produced a

4   guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for Pro Se

5   Litigants, which provides instructions on how to proceed at every stage of your case, including

6   discovery, motions, and trial.  It is available electronically online (https://perma.cc/ANQ4-N2ZT)

7   or in hard copy free of charge from the Clerk's Office.  The Court additionally has a website with

8   resources for *pro se* litigants (https://perma.cc/6NL7-U9U7).  The Court further advises Defendant

9   that she also may wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal

10  Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney

11  who may be able to provide basic legal help, but not legal representation.

12

13  　　　**IT IS SO ORDERED**.

14  Dated: August 8, 2024

15  _____

16  SALLIE KIM
    United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California